UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 1 7 2012 ★

BROOKLYN OFFICE

ALLSTATE INSURANCE COMPANY,

Plaintiff,

– against –

JAY ALFRED SEITZ, PH.D., et al.,
Defendants.

MEMORANDUM & ORDER

11-CV-3014

JACK B. WEINSTEIN, Senior United States District Judge:

The magistrate judge is respectfully requested to expedite settlement between plaintiff and defendants Jay Alfred Seitz, Ph.D., Jay Psychological, P.C., and Omega Psychological, P.C., within sixty days.  In the alternative, he is requested to conclude discovery within ninety days so that a hearing on dispositive motions can be held by the court and a trial date set.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date:   January 12, 2012
        Brooklyn, New York